

CJ13 3794

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JUL 8 2013

TIM RHODES
COURT CLERK

32. _____

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

MARGARET FOWLER,                )
                                )
              Plaintiff,         )
                                )
vs.                             )    Case No. CJ -2013 - 3794
                                )
METROPOLITAN PROPERTY & CASUALTY )
INSURANCE COMPANY d/b/a METLIFE  )
AUTO and HOME, a foreign Insurance )    THOMAS E. PRINCE
Company,                         )
                                )
              Defendant.         )

## PETITION

COMES NOW the Plaintiff, Margaret Fowler, and for her causes of action against

the Defendant, Metropolitan Property & Casualty Insurance Company d/b/a Metlife Auto

and Home ("MetLife"), a foreign insurance company, alleges and states:

1.     That the Plaintiff, Margaret Fowler, resides in Oklahoma County, State of

       Oklahoma.

2.     That Defendant, MetLife, is a foreign insurance Company, existing under the

       laws of a state other than Oklahoma, but is licensed to conduct the business

       of insurance within the State of Oklahoma.

3.     That on or about the 15th day of January, 2012, the Plaintiff, Margaret

       Fowler, was involved in an automobile accident at or near the intersection of

       S. Cromwell and Poplar Ave. in Yukon, Oklahoma.

4.     That Plaintiff, Margaret Fowler, had medical payments coverage through

       Defendant, under policy number 0481750000, in the amount of Fifty

       Thousand and no/100 Dollars ($50,000.00).

1

EXHIBIT

"2"

5.     That, to date, Plaintiff, Margaret Fowler, has incurred medical bills due to the above-mentioned automobile accident, totaling Twenty-Nine Thousand Eight-Hundred Thirty-Six and 38/100 ($29,836.38).

6.     That, to date, Defendant, MetLife, has distributed approximately Seven Thousand Three Hundred Ten Dollars and no/100 ($7,310.00), and wrongfully refuses to make any further payments under the medical payment coverage of Plaintiff's policy.

7.     That Defendant has breached the insurance policy in question, failed to act in good faith with its insured (thereby acting in bad faith), violated Oklahoma statutes with regard to claim handling, and negligently handled this claim.

8.     That Defendant, MetLife, by and through their representatives in question have breached the insurance contract in question.  The breaches of the contract include, but are not limited to, the following:

    a.     Failing to pay benefits properly due;
    b.     Failing to properly investigate this claim;
    c.     Failing to timely investigate this claim;
    d.     Violating Oklahoma law in the handling of this claim;
    e.     Failing to review documents properly submitted;
    f.     Failing to handle this claim in good faith as required by law;
    g.     Violating Oklahoma statutes with regard to the handling of this claim and specifically violating the Fair Claims Practices Act.

9.     Plaintiff has been damaged by the wrongful acts of the Defendant.

10.     The Defendant, MetLife, failed to act in good faith in handling this claim and have thereby acted in bad faith.  As a result thereof, Plaintiff is entitled to actual and punitive damages.

11.     As a direct and proximate result of Defendant's negligence, the Plaintiff, Margaret Fowler, has experienced pain, suffering and mental anguish.  The

Plaintiff may, in the future, experience further pain, suffering and mental anguish.

12.   By reason of the above and foregoing, the Plaintiff, Margaret Fowler, has been damaged in the sum in excess of Twenty-Five Thousand and No/100 Dollars ($25,000.00) for said injuries.

WHEREFORE, all premises considered, the Plaintiff, Margaret Fowler, prays for judgment against Defendant, Metropolitan Property & Casualty Insurance Company d/b/a Metlife Auto and Home, in an amount in excess of Twenty-Five Thousand and no/100 ($25,000.00), plus attorney fees, interest, costs and for such other and further relief to which this Court deems Plaintiff is entitled.

HOLLOWAY DOBSON & BACHMAN
One Leadership Square, Suite 900
211 North Robinson
Oklahoma City, Oklahoma 73102
(405) 235-8593

By: _____

BRYAN G. GARRETT, OBA #17866
bgarrett@hollowaydobson.com
GARY C. BACHMAN OBA #400
gbachman@hollowaydobson.com
STEPHEN D. BACHMAN, OBA #14030
sbachman@hollowaydobson.com

ATTORNEYS FOR PLAINTIFF

JURY TRIAL DEMANDED
ATTORNEY LIEN CLAIMED

3