IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MARGARET FOWLER<br><br>    Plaintiff,<br><br>v.<br><br>(1) METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY d/b/a METLIFE AUTO and HOME, a foreign insurance Company<br><br>    Defendant. | Case No. 5:13-CV-00852-D |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the attorneys of record for all parties and hereby stipulate and agree that the above captioned cause may be dismissed with prejudice to further litigation pertaining to all matters involved herein, and state that a compromise settlement covering all claims has been made between and among the parties, with each party to bear her or its own attorney fees and costs.

Said parties hereby request the Court Clerk show this action as dismissed with prejudice pursuant to this stipulation.

Respectfully submitted,

/s/ Bryan G. Garrett
Bryan G. Garrett, OBA #17866
Gary C. Bachman, OBA #400
Stephen D. Bachman, OBA #14030
HOLLOWAY DOBSON & BACHMAN
One Leadership Square, Suite 900
211 North Robinson
Oklahoma City, OK 73102
Telephone: 405-235-8593
bgarrett@hollowaydobson.com
gbachman@hollowaydobson.com
sbachman@hollowaydobson.com
**Attorneys for Plaintiff**

/s/ Barbara K. Buratti
Tim D. Cain, OBA #11779
Barbara K. Buratti, OBA #12231
WILSON, CAIN & ACQUAVIVA
300 Northwest 13th Street, Suite 100
Oklahoma City, Oklahoma 73103
(405) 236-2600
(405) 236-2607 Facsimile
timcain@swbell.com
barbarab@wcalaw.com
**Attorneys for Defendant
Liberty Insurance Corporation**